Irving H. Siegal, Appellant, v. Trav-ler Karenola
Radio and Television Corporation, Appellee.

Gen. No. 44,092.

*opinion* filed January 5, 1948; released for publication January 27, 1948. Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, Warren Krinsky and Jack A. Diamond, of counsel; Marshall & Marshall, for appellee; Maurice G. Shanberg, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.